# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>BILL HEARD ENTERPRISES, INC., et al.<br><br>                   Debtors.<br><br>EDWARD KRATZEL on behalf of himself and all others similarly situated,<br><br>                   Plaintiff.<br>v.<br><br>BILL HEARD ENTERPRISES, INC., BILL HEARD CHEVROLET COMPANY, TOM JUMPER CHEVROLET, INC., BILL HEARD CHEVROLET, INC. - HUNTSVILLE, LANDMARK CHEVROLET, LTD., BILL HEARD CHEVROLET, LTD., BILL HEARD CHEVROLET CORPORATION NASHVILLE, BILL HEARD CHEVROLET CORPORATION - ORLANDO, BILL HEARD CHEVROLET, INC., - UNION CITY, BILL HEARD CHEVROLET AT TOWN CENTER, LLC., BILL HEARD CHEVROLET, INC. -  COLLIERVILLE, BILL HEARD CHEVROLET, INC. – SCOTTSDALE, BILL HEARD CHEVROLET, INC., - PLANT CITY, BILL HEARD CHEVROLET CORPORATION – LAS VEGAS, BILL HEARD CHEVROLET CORPORATION – N.W. LAS VEGAS, TWENTIETH CENTURY LAND CORP., ENTERPRISE AVIATION, INC., CENTURY LAND CORPORATION, CENTURY LAND COMPANY – TENNESSEE, BILL HEARD MANAGEMENT, LLC, LANDMARK VEHICLE MGT., LLC, GEORGIA SERVICES GROUP, LLC and COLUMBUS TRANSPORTATION, LLC.<br><br>                   Defendants. | Case No. 08-83029-JAC11<br>Chapter 11<br>(Debtors' motion for joint administration pending)<br><br>**Adv. Pro. No. 08-80154-JAC** |

# **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

For the reasons in the accompanying brief, Plaintiff moves for class certification under Fed. R. Bankr. P. 7023.

DATED: October 6, 2008

/s/ Mark P. Williams

Mark P. Williams
Norman, Wood, Kendrick & Turner
Financial Center-Suite 1600
505 Twentieth Street North
Birmingham, AL 35203
Telephone:    (205) 328-6643
Direct:    (205) 259-1034
Facsimile:    (205) 251-5479

Adam T. Klein
Jack A. Raisner
René S. Roupinian
OUTTEN & GOLDEN, LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone: (212) 245-1000
Facsimile:  (212) 977-4005

*Counsel for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the following via ECF or if not an ECF participant, by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed on this the 6th day of October, 2008:

Derek F. Meek, Esq.
Marc P. Solomon, Esq.
Burr & Forman, LLP
3100 SouthTrust Tower
Birmingham, AL  35203

/s/Mark P. Williams

OF COUNSEL