# EXHIBIT "C"

## NOTICE OF CLASS ACTION

TO: Former employees of Defendants who were terminated from their employment at the Defendants' facilities on or about September 24, 2008 as part of the cessation of operations at Defendants' facilities.

SUBJECT: The right to participate in a lawsuit to recover 60 days' wages, salary, commissions, bonuses, accrued holiday pay and accrued vacation pay for 60 days following their respective terminations, as well as 401(k) contributions and ERISA benefits, other than health insurance, including the cost of medical expenses incurred during the employment loss which would have been covered under an employee benefit plan, for each class member under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et. seq.* (the "WARN Act").

DATE: October ___, 2008

### The Nature of the Action

Edward Kratzel (the "Plaintiff"), former employee of Defendants, has filed a lawsuit under the WARN Act in the United States Bankruptcy Court for the Northern District of Alabama against Defendants for the recovery of 60 days' wages, salary, commissions, bonuses, accrued holiday pay and accrued vacation for 60 days following their respective terminations, as well as 401(k) contributions and ERISA benefits other than health insurance, including the cost of medical expenses incurred during the employment loss which would have been covered under an employee benefit plan. The name and case number of the lawsuit is *Kratzel on Behalf of Himself and all Others Similarly Situated, Plaintiff, vs .Bill Heard Enterprises, Inc., et al., Defendants*, U.S. Bankr. Ct. ND AL, Adversary Proceeding No. 08-80154 (JAC) (the "Action").

The Plaintiff, who is a former employee of Defendants, claims that under the WARN Act, he and the other similarly situated employees were terminated on or about September 24, 2008, from Defendants' facilities located at 5501 Drexel Rd., N.W. Las Vegas, Nevada and additional facilities, as that term is defined by the WARN Act (collectively the "Facilities"). The Plaintiff claims that Defendants were subject to the WARN Act, that Defendants carried out plant closings or mass layoffs at their Facilities, and that the members of the class were entitled to receive from Defendants 60 days' advance written notice of their terminations, and, having not received such notice, are entitled to an administrative priority claim or, in the alternative, a wage priority claim for 60 days' wages and benefits under the WARN Act and the Employee Retirement Income Security Act, 29 U.S.C. §1001 et. seq. ("ERISA"), including the cost of medical expenses incurred during the employment loss which would have been covered under an employee benefit plan.

## The Issues and Defenses

If the Action is successful, Class Members will be entitled to either an administrative expense claim in the bankruptcy court for their unpaid wages and ERISA benefits, including the cost of medical expenses incurred during the employment loss which would have been covered under an employee benefit plan, for each day that they did not receive advance written notice of their impending termination, up to a maximum of 60 days, or an allowed wage priority claim up to $10,950 of their WARN Act claims with the remainder as a general unsecured claim. Under the Bankruptcy Code, up to $10,950 of any such allowed claim less any amounts paid during the bankruptcy by the Debtors for pre-petition wages or benefits (vacation, severance and sick leave pay), will be assigned a higher priority than and will be paid ahead of, general unsecured claims. The balance of such allowed claim will be a general unsecured claim.

## The Definition of the Class

The Court has recently certified this case as a class action. The Class is defined as those persons who worked at or reported to one of the Defendants' Facilities and were terminated without cause on or about September 24, 2008, within 30 days of this date, or in anticipation of, or as the reasonably foreseeable consequence of the mass layoffs or plant closings ordered by Defendants on or about September 24, 2008, and who are affected employees, within the meaning of 29 U.S.C. § 2101(a)(5).

## Class Counsel and the Class Representative

The Plaintiff is represented by Outten & Golden, LLP, 3 Park Avenue, 29th Floor, New York, New York 10016, (212) 245-1000 and Norman, Wood, Kendrick & Turner, Financial Center-Suite 1600, 505 Twentieth Street North, Birmingham, AL 35203, Phone: (205) 328-6643, Fax: (205) 251-5479. The Court has also recently appointed Plaintiff as the Class Representative.

## What to Do

If you WISH to be a member of the class, **YOU DO NOT NEED TO DO ANYTHING AND YOU WILL RECEIVE WHATEVER BENEFITS YOU**, as a Class Member, may be entitled to receive. If you do nothing, you will automatically be a Class Member and be bound by any judgment (whether favorable or unfavorable) or court-approved settlement in the case. Before court approval, you, as a Class Member, will receive notice of any proposed settlement and will be afforded an opportunity to object to the settlement. You may appear by your own counsel, if you are a Class Member.

If you DO NOT WISH to participate in this Action, and wish to be EXCLUDED and, thereby, reserve your rights under the WARN Act and NOT SHARE IN ANY RECOVERY in the Action, CHECK THE BOX IN THE FORM BELOW, AND SIGN AND MAIL that form by certified mail, return receipt requested, to Outten & Golden LLP, 3 Park Avenue, 29th Floor, New York, New York 10016, Attn: René S. Roupinian. The form must be received by Ms. Roupinian by no later than _____, 2008. All requests for exclusion received after that date will not be effective, and any person who sends a late request will be a member of the class in the Action and will be bound in the same way and to the same extent as all other Class Members.

The Court has taken no position regarding the merits of Plaintiff's claim or Defendants' defenses. Please do not call or contact the Court for information.

If you wish information or assistance, please contact Jenny Hoxha ("Hoja") of Outten & Golden, LLP at (212) 245-1000.

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

### KRATZEL, ET AL. v. BILL HEARD ENTERPRISES, INC., ET AL.

### OPT-OUT FORM

**If you DO NOT WISH to participate in this Action**

I, the undersigned, have read the foregoing Notice of Class Action and understand its contents.

☐   I do **not** want to participate in the above Class Action and do not wish to be bound by the outcome of the Class Action or receive any benefits of that action.

_____       _____
Signature                                                      Address

_____       _____
Name (print or type)                                    Telephone

_____
Date

3